STATE OF MISSOURI, Plaintiff in Error, *v.* GEORGE W. BROWN, Defendant in Error.

*Supreme Court—Practice—Writ of Error—Final Judgment.*—Writ of error dismissed for want of final judgment.

*Error to Second District Court.*

*L. Brown,* for plaintiff in error.

FAGG, Judge, delivered the opinion of the court.

The transcript of the record in this case does not show that any final judgment was rendered in the court below. The writ of error must therefore be dismissed. The other judges concur.